IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REGINALD S. LEWIS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **SUPERINTENDENT CONNOR** | : | |
| **BLAINE, JR., et al** | : | **NO. 00-3274** |

## ORDER

**AND NOW**, this 24th day of February, 2010, upon consideration of the Amended Petition for Writ of Habeas Corpus, the Respondent's Response thereto, the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated September 14, 2009, and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is hereby **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Amended Petition for Writ of Habeas Corpus is **DENIED** with prejudice and **DISMISSED** without an evidentiary hearing; and

4. There is no probable cause to issue a certificate of appealability.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**MITCHELL S. GOLDBERG, J.**